## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 17-CR-79-RAW |
| | ) |
| HENRI MICHELLE PIETTE, | ) |
| Defendant. | ) |

### NOTICE OF INTENT TO ENTER PLEA

The Defendant, Henri Michelle Piette, through his attorney, Robert S. Williams, Assistant Federal Public Defender, hereby advises the Court he intends to enter a plea of guilty to Count II of the Indictment.

Respectfully submitted this 23rd day of April, 2018.

        OFFICE OF THE FEDERAL PUBLIC DEFENDER
        Julia L. O'Connell, Federal Public Defender

        By: s/Robert Scott Williams
           Robert Scott Williams, OBA #19974
           Assistant Federal Public Defender
           627 W. Broadway
           Muskogee, Oklahoma 74401
           (918) 687-2430
           Counsel for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

Edward Snow - Office of the United States Attorney

        s/Robert Scott Williams
        Robert Scott Williams
        Assistant Federal Public Defender