Document No. 1019540563   May 31ST 2018

United States
(Plaintiff)
v.
RE: Piette, Henri, M.   Case No. CR 17-079-RAW
(Defendant)

— Affidavit —

In the United States District Court
For the Eastern District of Oklahoma

**FILED**
JUN 0 6 2018
PATRICK KEANEY
Clerk, U.S. District Court
By _____ Deputy Clerk

— Petition —

Sirs, no man thinks more highly than I do of the Federal Court nor of its patriotism, as well as abilities, of the very worthy gentlemen who address its house.

I hope, Sirs, it will not be thought disrespectful if, entertaining as I do opinions of a character very opisite (opposite) to these worthy gentlemen. I shall speak forthy my sentiments freely and with out reserve.

Sirs, this is no time for ceremony. The questing before this court is one of awful moment for the defendant, Henri Piette. For my part Sirs, I consider it as nothing less than a question of freedom or imprisonment.

Cont. Document no. 1019540563/Case no. 17-079-RAW

In proportion to the magnitude of the subject of my case no. CR17-079-RAW, which has come before this Court, ought to be the freedom of choice, of the defendant, Henri Piette, to elect to defend/represent himself, and to select the aide of attorneys and investigators, to have compulsory process for obtaining witnesses in his favor, and to have assistance of Counsel for his defense.

Sirs, it is only in this way that we can arrive at the truth, and fulfill the great responsibility which we hold to God, and our Country.

Should I keep back at such a time, through fear of giving offense, I should consider myself as guilty of these charges, and an act of disloyalty toward the majesty of heaven, which I revere above all earthly powers.

Cont. Document no. 1019540563 Case no CR17079RAW

Sirs, for my part, whatever anguish of spirit it may cost, I am willing to know the whole truth, to know the worst and to provide for it.

I know of no way of judging the future, but by my past.

I wish to know what there has been in my conduct of the last past twenty years, which have caused these gentlemen, to bring such foul charges, and railing accusations against me.

Why stand I, here idle?

Let me represent myself, and seeking the aide of others as may be deemed by the court to be fit for its purposes.

Forbid it not, almighty God!!!

Format by: Patrick Henry

Sincerely & Truly Henri Piette

# The United States of America
## District Court
### For the Eastern District of Oklahoma

RE: United States
   Plaintiff
      v.
Henri Michel Pietle
   Defendant

Case No. CR17-079 R.A.W.

## — Affidavit —

Petition for an Appeal:

The defendant: Henri Michel Pietle is asking the Court to cancel, stop and or terminate any and all actions that would remand him, the said defendant to a facility or location for any and all evaluations.

Date signed: May 29 2018
Signed: Henri Michel Pietle



H.M.P.
122 S. 3rd St.
Muskogee, OK 74401

Honorable Judge
In the United States District Court
for the Eastern District of Oklahoma
Federal Court House
Muskogee, OK 74401

RECEIVED
JUN -6 2018
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk