Your Honor,
    thank-you for your letter. I don't know about how relevent the case and its No. that you sent as an example and a reference. #1) I tend to believe you. #2) It appears you are trying your darndest to help me. #3) I voted for Ronald Reagan & Donald Trump. I love them both. Reagan is alive and well in heaven. I cared also, a great deal for Gerald Ford #4). I care about Robert Williams, (it hurt me to see how hurt he was in court) #5) The D.A. seemed somewhat taken aback and hurt too, for Robert Williams #6) You, your Honor, seemed somewhat angry - however, I did detect a happy gleam in your "eye" for the gathering of some friends. #7) I am also a friend. #8) I hope you will know that I am gratefull.

    truly Thank-You!!

    Pietle

79-RAW Document 51 Filed in ED/OK on 06/11/18

Pratt
122 S 3rd St
Muskogee OK 74401

TULSA OK 740

Honorable Judge
Federal Judge
Federal Court house
Muskogee OK 74401

74401-999955

RECEIVED
JUN 11 2018
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk