**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff*, v. **HENRI MICHELLE PIETTE,** *Defendant*. | Case No. CR-17-079-RAW |

### NOTICE OF SUBMISSION OF ELECTRONIC MEDIA EXHIBITS

COMES NOW the plaintiff, the United States of America, by and through Brian J. Kuester, United States Attorney for the Eastern District of Oklahoma, and D. Edward Snow, Assistant United States Attorney, and Sarah McAmis, Assistant United States Attorney, and hereby provides notice of submission of the following electronic media exhibits to the Court for *in camera* review:

On May 16, 2019, counsel for the government hand-delivered two (2) DVD's containing the following to the Court:

(a) One DVD labeled "Piette Interview"

  1) Audio recording of an interview of the Defendant. The entire recording on this DVD is approximately 4 hours and 3 minutes in length. The portions which the government intends to introduce at trial are the following:

  00h: 00m: 05s – 00h: 01m: 20s. Defendant receives Miranda warnings and waives Miranda;

  00h: 03m: 50s – 00h: 04m: 55s. Defendant discusses whether he will lie during interview;

  00h: 31m: 30s – 00h: 32m: 10s. Defendant discusses drinking and making love;

  00h: 33m: 14s – 00h: 35m: 40s. Defendant discusses making love to Victim and conceiving E.P. in Mexico when she was 14;

1

01h: 01m: 41s – 01h: 04m: 39s. Defendant discusses marrying victim at 11 years old;

01h: 39m: 15s – 01h: 41m: 25s. Defendant discusses making love to Victim at 14 and one-half years of age;

03h: 25m: 44s - 03h: 26m: 10s. Defendant admits to fathering E.P when the victim was 14 ½ years old;

03h: 37m: 20s - 03h: 42m: 25s. Defendant decides to tell all the "bad things". Said he thought Rosalyn was emancipated. Married her when she was 11 or 12. He claims just because law says someone is too young, it's not true. He says he has a high IQ. Describes his elementary school and how he skipped grades.

03h: 47m: 15s - 03h: 48m: 20s. Defendant describes that he had to let the Defendant go because she was full of passion and needed a younger man.

03h: 49m: 15s - 04h: 03m: 45s. Defendant describes situation where victim slept with men and exposed herself. Claims victim was sleeping with all his sons. He caught victim and beat her and broke her arm. He then says "here is the truth I hit her in the arm with a baseball bat and broke her arm". Claims victim got even with him by chaining him to the bed and beating him into a coma. He said he rented two houses. One for the girls and one for the boys. He describes his cocaine abuse. He describes a fight with the victim. He indicates he initiated cocaine use. Says he hit victim and she threw him in jail.

04h: 04m: 10s - 04h: 05m: 12s. Defendant says she wanted it all. He did sex for her, not for him.

04h: 13m: 40s - 04h: 14m: 24s. Defendant leans into the recorder and speaks directly to the victim and all his children. He states he is not mad and loves them all.

(b)     One DVD labeled "Piette statements to news reporter."

  1) Video recording of an interview of the Defendant being taken to State Court for an arraignment wherein he is asked questions by a reporter and responds. The entire recording on this DVD is approximately 36 seconds. The portions which the government intends to introduce at trial are the following:

00h: 00m: 00s – 00h: 00m: 36s. The Defendant says he did not rape anyone. He made love to his wife. His children are in the mafia and are being manipulated and lying about him molesting them and they do not like him.

Respectfully submitted,

BRIAN J. KUESTER
United States Attorney

s/      Edward Snow
D. Edward Snow, OBA# 10652
Assistant United States Attorney
Attorney for the Plaintiff
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100
Fax (918) 684-5150

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2019, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Warren Gotcher

s/      Edward Snow
Office of United States Attorney