**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  *Plaintiff*,  v.  **HENRI MICHELLE PIETTE,**  *Defendant*. | Case No. CR- CR-17-079-RAW |

**PROPOSED VOIR DIRE FOR THE UNITED STATES**

COMES NOW the plaintiff, the United States of America, by and through Brian J. Kuester, United States Attorney for the Eastern District of Oklahoma, and D. Edward Snow, Assistant United States Attorney, and Sarah McAmis, Assistant United States Attorney and respectfully submits its suggested voir dire to be utilized in jury selection in this case.

1. Has any member of the panel previously served as a juror? Please describe.

2. Has any member of the panel previously been a party to a lawsuit? Please describe.

3. Has any member of the panel had any unfavorable dealings with law enforcement, either local, state, or federal? If so, please describe.

4. Does any member of the panel have any strong feelings against the federal government for any reason? Please explain.

5. Has any member of the panel been a victim of crime?

6. Has any member of the panel been arrested or been the subject of a criminal investigation or participated in a criminal case as a defendant or witness? Please describe.

7. Does any member of the panel have any physical or mental difficulties which might prevent you from listening to testimony, seeing exhibits or otherwise impede your ability to be fair and impartial?

8. Does any member of the panel have any moral, religious, or philosophical convictions which will make it difficult for you to listen to and view evidence, follow the Court's instructions and render a verdict in this criminal case?

9. Does any member of the panel believe that the criminal justice system treats those accused of crime too harshly or too leniently?

10. Does any member of the panel work in the medical field? Please describe.

11. Do any of you have a family member or close friend who is employed or has been employed in law enforcement?

12. If you were representing either of the parties in this case, is there any reason that you would not want this case decided by someone in your frame of mind?

13. In this case, the Defendant is charged with Kidnapping and Travel with Intent to Engage in a Sexual Act with a Juvenile. Is there anyone who believes that this should not be a crime?

14. Has any member of the panel been the victim of child molestation, or had any close friends or family members that were the victims of child molestation?

15. Is there anything about the fact that this case involves sexual exploitation of a minor which would prevent you from rendering a fair and impartial verdict?

16. Do any of you have children or grandchildren? If so, what are their current ages?

          Respectfully submitted,

          BRIAN J. KUESTER
          United States Attorney

s/    D. Edward Snow
      D. Edward Snow, OBA # 16439
      Assistant United States Attorney
      520 Denison Avenue
      Muskogee, OK 74401
      (918) 684-5100
      (918) 684-5150 fax

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 17, 2019, I electronically transmitted the attached documents to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

    Warren Gotcher, Attorney for Defendant

                                             s/    D. Edward Snow
                                                  D. Edward Snow
                                                  Assistant United States Attorney