IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

HENRI MICHELLE PIETTE,

    *Defendant.*

Case No. CR-17-079-RAW

**FILED**
JUN 0 6 2019
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

## VERDICT FORM

### COUNT ONE
### KIDNAPPING
### [18 U.S.C. §§ 1201(a)(l) & 1201(g)]

We, the jury, duly empaneled in the above entitled case, as to Count One of the Indictment hereby find the defendant, **HENRI MICHELLE PIETTE**,

_____ Not Guilty

\_\_\_X_____ Guilty

If you have found the defendant not guilty, do not answer the following question and proceed to Count 2.

<u>Only</u> if you have found the defendant guilty, answer the following question:

Do you find, by a preponderance of the evidence, that Rosalyn McGuinness was no longer held against her will on a date earlier than July 28, 2016?

_____ Yes

\_\_\_X_____ No

If "yes," on what date and/or in what year?

_____

1

## COUNT TWO
### TRAVEL WITH INTENT TO ENGAGE IN SEXUAL ACT WITH A JUVENILE [18 U.S.C. § 2423(b)]

We, the jury, duly empaneled in the above entitled case, as to Count Two of the Indictment hereby find the defendant, **HENRI MICHELLE PIETTE,**

_____ Not Guilty

\_\_\_\_X\_\_\_\_ Guilty.

Dated this 6 day of June, 2019.