IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Re:   Case   CR-17-079-RAW

## Note from the Jury

YOUR HONOR:

May we have all the Audio submitted into evidence

Date: 6-6-19
Time: 11:23

_Signature of Foreperson_

## Response from the Court

TO THE JURY:

OK, it is coming soon

Date: 6/6/19
Time: 11:25

Ronald A. White
United States District Judge

CT. EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

Re:    Case    CR-17-079-RAW

**Note from the Jury**

YOUR HONOR:

We have a Verdict

Date: 6-6-19
Time: 12:28

**Response from the Court**

TO THE JURY:

Date:
Time:                                          United States District Judge

CT. EXHIBIT 2