# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. HENRI MICHELLE PIETTE, *Defendant.* | Case No. CR-17-079-RAW |

## MOTION TO DISMISS

**COMES NOW** the plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Sarah McAmis, Assistant United States Attorney, and respectfully submits this Motion to Dismiss Count One of the Indictment filed December 13, 2017, as to the defendant, **HENRI MICHELLE PIETTE**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The United States submits this motion in compliance with the ruling by the Tenth Circuit Court of Appeals.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/ Sarah McAmis
SARAH McAMIS, OBA # 15903
Assistant United States Attorney
520 Denison Avenue
Muskogee, Oklahoma 74401
Telephone: (918) 684-5100
E-mail: Sarah.McAmis@usdoj.gov