IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. HENRI MICHELLE PIETTE, *Defendant.* | Case No. CR-17-079-RAW |

### ORDER

Before the court is the Defendant's Motion titled Affidavit *In Forma Pauperis* [Docket No. 441] requesting permission to file in this case a copy of his Petition In Writ of Mandamus filed in the Oklahoma Supreme Court regarding another matter without the payment of a filing fee.

The court has reviewed the request and the record and being fully advised in the premises finds that the request to file the document without fees is MOOT. The document has been received into the record and Mr. Piette has previously filed his fully briefed Reply [Docket No. 432].

Therefore, the motion is DENIED as moot.

IT IS SO ORDERED THIS 28th day of May, 2024.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE