# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **HENRI MICHELLE PIETTE,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-23-219-RAW |
| ) | (Underlying case CR-17-79) |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

Pursuant to the order entered contemporaneously, judgment is hereby entered in favor of the Respondent and against the Petitioner.

**ORDERED THIS 2nd DAY OF JUNE, 2025.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**